*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered: August 6, 2015                    519541
_____

In the Matter of LEE WOODS,
                    Petitioner,

        v                                                        MEMORANDUM AND JUDGMENT

ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                    Respondent.
_____

Calendar Date:  June 8, 2015

Before:  Lahtinen, J.P., Garry, Lynch and Clark, JJ.

_____

        Lee Woods, Dannemora, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H. Schiff of counsel), for respondent.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

        Petitioner commenced this CPLR article 78 proceeding challenging a determination finding him guilty of violating a prison disciplinary rule.  The Attorney General has advised this Court that the determination at issue has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the $5 mandatory surcharge has been refunded to petitioner's inmate account.  In view of this and given that petitioner has received all of the relief to which he is entitled, the matter must be dismissed as moot (see Matter of Tevault v Prack, 127 AD3d 1483 [2015]; Matter of Smith

v Annucci, 127 AD3d 1476 [2015]).  Petitioner has no right to be restored to his prior status (see Matter of Wynn v Fischer, 120 AD3d 1467, 1468 [2014]; Matter of Herring v Prack, 118 AD3d 1200 [2014]).

Lahtinen, J.P., Garry, Lynch and Clark, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court